UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT,<br><br>                          Plaintiff,<br><br>                 - against -<br><br>LEGACY RECORDS NYC, LLC, and DELICIOUS HOSPITALITY, LLC,<br><br>                         Defendants. | Case No. 18 Civ. 01976 (PKC)<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

Eleanor M. Lackman, Esq., being duly sworn, deposes and says:

1. I am a partner of the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for plaintiff Sony Music Entertainment ("Sony") in the above-captioned in action. As such, I am familiar with the facts of this matter. I submit this declaration in support of Sony's Request for a Certificate of Default.

2. Sony filed a Summons and Complaint in this action against defendants Legacy Records NYC, LLC and Delicious Hospitality, LLC (together, the "Defendants") on March 5, 2018. *See* Dkt. No. 1 (Complaint, filed March 5, 2018); *see also* Dkt. Nos. 4, 5 (Requests for Issuance of Summonses as to each of the Defendants, filed March 5, 2018).

3. Defendant Legacy Records NYC, LLC was personally served with a copy of the Summons and Complaint on March 15, 2018, in accordance with Rule 4 of the Federal Rules of Civil Procedure, and proof of such service was filed with the Court on March 19, 2018. *See* Dkt. No. 14 (Affidavit of Service as to Legacy Records NYC, LLC).

4. Defendant Delicious Hospitality, LLC was personally served with a copy of the Summons and Complaint on March 15, 2018, in accordance with Rule 4 of the Federal Rules of

Civil Procedure, and proof of such service was filed with the Court on March 19, 2018. *See* Dkt. No. 15 (Affidavit of Service as to Delicious Hospitality, LLC).

5. The last day for Defendants to answer or otherwise respond to the Complaint was on April 5, 2018, which is twenty-one days after the Defendants were served with the Complaint, as set forth in Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.

6. The April 5, 2018 deadline has expired, and to date, each of the Defendants has failed to answer or otherwise respond to the Complaint as provided by the Federal Rules of Civil Procedure. Nobody on behalf of either Defendant has requested an extension of time or otherwise contacted me regarding this lawsuit.

7. Neither of the Defendants are infants or incompetents, nor are they presently in the military services of the United States.

8. In light of the foregoing, Sony respectfully requests that the default of Defendants be entered by the Clerk of Court.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: New York, New York
April 10, 2018

_____
ELEANOR M. LACKMAN